# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Plaintiff(s)**

Nicholas Anyanwu

**Versus**

**Defendant(s)**

The City Colleges Of Chicago.&
Diane Smith, Dean, KKC;
Rhonda Davis, Interim Dean, DTI;
Ardis Crews, Assistant Dean, DTI;
Prentiss Jackson, Director,
Academic Support Services, KKC;
Jacquilyn Johnson, Director, Carl Perkins, DTI;
Denise Lamonte-Smith. Counselor, DTI.

CASE No.

**01C 9141**

JUDGE NORDBERG

MAGISTRATE JUDGE KEYS

DOCKETED
NOV 29 2001

FILED-ED4
01 NOV 28 PM 3: 54
CLERK
U.S. DISTRICT COURT

## COMPLAINT

See Additional Pages

# COMPLAINT

| | | |
|---|---|---|
| 1993 | Hired as a Math Tutor under Carl Perkins Federal Grant to do Instructional Support for Students <u>Registered in the Vocational Programs-</u> (Health, Business and Industrial technology) <u>Not those who are not registered in the Vocational Programs.</u> | Too many students were failing the Math Entrance Exams (TABE) because the teachers preparing them to take math exam, **did not** have Math or Science degrees, but degrees in Counseling and Social work. Out of Love for Math I kept helping Students preparing for Entrance Test (when they were referred to me), though they did not fall within my job description, because this is **Remediation**. Those I helped passed by as much as 30% or more. |
| 1994 | The Counselors told the Dean, Ms. Diane Smith of this phenomenal increase in the Math Scores because of my Remediation. She asked me to do an Experimental Study to support my claim that the students I prepare before and after they have failed the TABE (Entrance Test) often passed by as much as 30% or more. This claim was verified by the Counselors, and the statistical report was later submitted to her. | |
| 1995 | Subsequently, I was given the title of **Math Coordinator** (in 1995) **in writing**, specifically to prepare the vocational bound students before they take TABE, or retake TABE if they fail at the first or second attempt. **This extra job was NOT covered in my job description in the CARL PERKINS GRANT from which I was hired and paid.**<br>Since 1995 till now (2001), I and later, the new tutors have worked extra 5 hours per week to accommodate these extra 30-40 students per week, dumped on the Math Lab.(Dean Diane Smith told me that she will send requests to the President for us to be paid, and encouraged us to continue with the good work.) **Denise LaMonte-Smith, my new Supervisor later sent me a Memo spelling out my title of Math Coordinator.**<br><br>(1995) In preparation for the NCA (North Central Accreditation), Dean Diane Smith called me and told that the Dawson Technical Institute (DTI) will need a Math Lab to present to the North Central Association (NCA), to give the Institute a balanced Educational Model, since it has a Reading Lab <u>but has no Math Lab.</u> She asked me to **establish a viable** Math Lab in the capacity of the other existing Labs: (the <u>Reading Lab, The NovaNet Lab and the Audio Visual Lab, all of which comprise the</u> LEARNING RESOURCES DEPARTMENT. She promised me that my title will be change to a Full Time position Math Lab Coordinator as the other Coordinators of the LRC. She said that she would send the promotion paper work via the President of Kennedy- King College to the Central office of the city of Chicago College (CCC). She said that I will be moved to <u>Fund One</u> from where all the other three Full Time Coordinators were moved to and paid from, after their promotion. **I requested for her to announced it in the Administrators Meeting, so that I can have the board powers to act in that capacity.** She agreed and announced it in the Administrators Meeting in which **Hector Rodnquez** was present. Hector Rodnquez was my Supervisor and the director of the CARL PERKINS Federal GRANT from which I was paid.. (In fact he was the only Hispanic present). She also authorized the Supervisor of the Academic Support Dept. to post and publish my name with the other 3 full time Coordinators in the **Authentic Book presented to the NCA for DTI accreditation. (Since I started this case against the school (Dawson), the librarian has collected all copies of this book from the library.** She said that the interim Dean Rhonda Davis has ordered them archived. Later Mr. Rodriquez moved on to become an assistant Dean at Harold Washington College. Jacqueline Johnson assumed the Directorship of the Carl Perkins. Denise Lamonte-Smith became my supervisor. | |

Page 1 of Complaint
See Additional Pages.

*Complaint Continued.*

I established this Award Winning Math Lab **since 1995 and until 2001, I have worked in both capacities of the Math Lab Coordinator and Math Coordinator. I have 20 irrefutable proofs to back up this statement. And I have not been compensated. I have not been moved to full time position of fund I, and my papers have not been sent to CCC central office for such a change of titles, which Diane Smith promised me and published in the authentic NCA presentation book. (Why are they hiding This book?)**

In 1997, just before Dean Diane Smith was moved from DTI campus to KKC. campus, I went to ask her the status of my Title, since she told me that I should wait until the School has won renewed ACCREDITATION BY THE NCA. She confessed to me that she delayed sending my promotion papers to the President at KKC because my supervisor Denise Lamont Smith advised her to keep it on hold, because she (Denise) did not know when I would leave the USA, since I'm not an American. She later said that she has authorized the acing Dean Ronda Davis to write it up and forward it to the President of KKC. I later confronted Denise and Lamont Smith with what Diane has told me. Denise said that regardless of what Diane Smith told me that she said, if Diane had cared enough for me, she should have forwarded my promotion papers to the President. I told her that now I can see why she has prefabrication rumors upon rumors that I was harassing African American women, etc, just to force me to leave the country. Up till April 2001, Denise is still doing illegal things to force me out of DTI. Switching Math and Reading Scores to prevent me from starting a Math class, saying that Math Remediation is not in demand.

Fall 1999

I requested for a meeting with the Assistant Dean, Ardis Crews and the Interim Dean Rhonda Davis. In the meeting, I challenged them to give me the reason why myself and the other tutors should not be paid for **Remediation** of over 30 students per month, who take or retake TABE entrance test to vocational programs. These students do not fall within our job description. (Ardis Crews said she that will not push for anybody here who is not an African American. I later confronted her over the phone, she said she will pray about it. Interim Dean Davis and the Assistant Dean Ardis Crews said that my remediating those for vocational Entrance test (TABE) was a carry over mistake from the past administration, and that they have designate somebody to teach the Math Remediation.

Page 2 of Complaint
See Additional Page.

Spring 2000

They bought an African American to teach the Remediation Math for TABE. This young man had no Math or Science degree. He was paid 16 dollars per hour. In two months Retention and students' Scores plummeted, students scored less than they started with. So at the end of Spring 2000, they removed him from teaching the Remediation Math for TABE. They started again sending students (at an average of more than 30 per month) back to me for Math Remediation to take or retake TABE, but have refused (WITH IMPUNITY) to pay me or the other Math tutors, whom they have place this additional burden. This is burden of extra 5 hrs per week Per Tutor. I have the absolute Proof of these students sent to me, who do not fall within my job description.

I am still paid as a Tutor @ $ 13.00 per hour.
#1. I was recommended two times for a pay raise by the Supervisor Prentiss Jackson, but Jacquilyn Johnson, the Carl Perkins Grant Director refused to forward my papers to the President. (**She said if we keep making his life comfortable here, he would not leave**)

#2. She re-hired an African American, who ran a Reading program, while I ran a Math program two years ago. While my Math program produced high retention rates and a gain in TABE scores by students, his program produced poor retention and poor TABE scores. The school dropped his program because of all this poor performances and fired him. On the other hand, I have received over ten awards from the graduating students, while he never receive any award. She rehired this African American, gave him a pay raise, but **refused to forward my pay raise paper work to the President.**

#3. She has assigned more hours to women then men even when they do not work directly with the students in the vocational programs. I am academically more qualified, I have more seniority and I work directly with students registered in the vocational programs, which is what the Grant specifies. Yet she cut my hours, refused to cut the hours of those that don't work with the students in the vocational programs, thus deviating from the grant Stipulations.

Spring 2001
<u>In a meeting the Interim Dean, Rhonda Davis told me that she was frustrated because they kept her active for four years. But I have 20 proofs that I have worked in the capacities of a Math Lab Coordinator and a Math Coordinator since 1995 to 2001 under both deans. She also told me that she couldn't send in any paper work to the President to make somebody full-time while she's still in acting position. Later she said I needed a political pull, not performance..</u>

She also told me that I have to have a political muscle in order to have my promotion papers sent down to CCC Central Office. I countered by saying my performance evaluation have been superior and that I have received more awards from the graduation students then any single worker or any coordinator in my department. She cited the example of the Assistant dean Ardis Crews who has only two years of college education, and no degree yet, she was confirmed with the title of big Assistant Dean. She also said that Ardis Crews was put in a position designated for Masters Degree or PhD not because of performance or academic qualifications but because of political pull.

October 2001

They hired another African American to teach pre credit Math Remediation to prepare those who failed TABE to re-take it. This person has no degree in Math, so the students have to come back to me to re-teach Math Remediation with out Pay. Yet they pay him $15 per hour Also they still sent students to me to prepare for the same TABE Test, yet refused to pay me or the other tutors.

Page 3 of Complaint.
Signed: Nicholas Anyanwu.
Nicholas Anyanwu (773) 419-8829)
P.O. Box 497593
Chicago, IL. 606497593

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Plaintiff(s)** *(Complaint of Employment Discrimination Continued)*

Nicholas Anyanwu

CASE No. 01C 9141

**Versus**


JUDGE NORDBERG
MAGISTRATE JUDGE KEYS

**Defendant(s)**

The City Colleges Of Chicago.&
Diane Smith, Dean, KKC;
Rhonda Davis, Interim Dean, DTI;
Ardis Crews, Assistant Dean, DTI;
Prentiss Jackson, Director,
Academic Support Services, KKC;
Jacquilyn Johnson, Director, Carl Perkins, DTI;
Denise Lamonte-Smith, Counselor, DTL

NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

_____
(Name of the plaintiff or plaintiffs)

V.

_____
_____
(Name of the defendant or defendants)

CIVIL ACTION

**01C 9141**

NO._____
(Case number will be supplied by the assignment clerk)

JUDGE NORDBERG

MAGISTRATE JUDGE KEYS

FILED-ED4
01 NOV 28 PM 4:17
CLERK
U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is _Nicholas Anyanwu_ of the county of _Cook_ in the state of _Illinois_.
3. The defendant is _City Colleges of Chicago and the Listed_, who resides at (street address) _226 W. Jackson Street_
(city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP) _60606_
(Defendant's telephone number) (_312_)-_553-2500_

(f) ☐ other (specify): _____

_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:
I was given the titles of Math Lab Coordinator to establish a Math Lab for the School to pass NCA Accreditation, and the title of Math Coordinator to remediate vocational bound students to pass Entrance Exam. Both titles given to me in 1995 and I have been working in both capacities up 11/28/01. I have 20 proofs. The other three women are Coordinators with full time benefits, while my promotion papers were not sent to the City College of Chicago Central office to be processed to full time position and necessary pay raises.

_____

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.    ☐ YES   ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): to promote the plaintiff to full time Math Coordinator as the other Coordinators are. Pay him for services

performed.

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) Nicholas Anyanwu

(Plaintiff's name) Nicholas Anyanwu

(Plaintiff's street address) P.O. Box 497593

(City) Chicago (State) IL (ZIP) 60649-7593

(Plaintiff's telephone number) (773) - 419-8829

JS 44 (Rev. 3/99) *Cat 1* **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**           **DEFENDANTS**

**01C 9141**

DOCKETED NOV 29 2001

(b) County of Residence of First Listed Plaintiff __Cook__    County of Residence of First Listed __Cook__
(EXCEPT IN U.S. PLAINTIFF CASES)    (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

JUDGE NORDBERG
DOCKETED NOV 29 2001

(c) Attorney's (Firm Name, Address, and Telephone Number) __Pro Se__    Attorneys (If Known)
MAGISTRATE JUDGE KEYS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Inj. / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*Complaint of Employment Discrimination.*

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. This case** ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case ____, previously dismissed by Judge ____

DATE __11/28/01__    SIGNATURE OF ATTORNEY OF RECORD __Nicholas Anyanwu__

# CIVIL COVER SHEET (Continued)

(a) **Plaintiff(s)**

Nicholas Anyanwu

**Defendant(s)**

The City Colleges Of Chicago.&
Diane Smith, Dean, KKC;
Rhonda Davis, Interim Dean, DTI;
Ardis Crews, Assistant Dean, DTI;
Prentiss Jackson, Director,
Academic Support Services, KKC;
Jacquilyn Johnson, Director, Carl Perkins, DTI;
Denise Lamonte-Smith. Counselor, DTI

FILED-ED4
01 NOV 28 PM 3:54
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

**DOCKETED**
NOV 29 2001

Case Number **01C 9141**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Nicholas Anyanwu, Pro Se, Plaintiff.

JUDGE NORDBERG

MAGISTRATE JUDGE KEYS

| (A) | (B) |
|---|---|
| SIGNATURE: Nicholas Anyanwu, Pro Se | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS: P.O. Box 497593 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, IL. 606497593 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: 773-419-8829 / FAX NUMBER | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED 01 NOV 28 PM 3:05 CLERK U.S. DISTRICT COURT

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER / FAX NUMBER | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |